# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE HENRY SCOTT, III,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 09-00680-CG-B** |
| **CARL WATSON, et al.,** | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 6th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE